John A. GOFF, Jr., individually and as parent and next friend of his minor children, J.G., III, S.M.G., J.A.G.; Carrie A. Goff, individually and as parent and next friend of her minor children, J.G., III, S.M.G., J.A.G., Plaintiffs—Appellants,

v.

BALTIMORE COUNTY; Baltimore County Police Department; Joseph Harden, Officer # 4984, individually and in his official capacity; Aaron Maisano, Officer # 5120, individually and in his official capacity; Margaret Hein, Officer # 4617, individually and in her official capacity; Deryck Lee, Officer # 4697, individually and in his official capacity, Defendants—Appellees.

No. 09–1261.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 11, 2009.

Decided: July 7, 2009.

John A. Goff, Jr., Carrie A. Goff, Appellants Pro Se. Paul M. Mayhew, Assistant Counsel, Baltimore County Office of Law, Towson, Maryland, for Appellees.

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John A. Goff, Jr. and Carrie A. Goff appeal the magistrate judge's order entering judgment for Defendants in accordance with the jury's verdict.* The Goffs brought suit alleging claims under 42 U.S.C. § 1983 (2006) and Maryland law. The Goffs have not provided a transcript, and they fail to establish a basis to have the transcript prepared at government expense. 28 U.S.C. § 753(f) (2006). We have reviewed the existing record and the issues the Goffs raise on appeal, and find no grounds for appellate relief. Accordingly, we affirm the magistrate judge's order. *Goff v. Baltimore County*, No. 1:08–cv–00557–SKG (D.Md. Feb. 6, 2009). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).